IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 3:11-0970 |
| ) | Judge Trauger |
| SRS, INC., *et al.*, ) ) | |
| Defendants. ) | |

### O R D E R

For the reasons expressed in the accompanying Memorandum, a preliminary injunction hereby **ISSUES** in favor of the plaintiff, Great American Insurance Company, conditioned upon Great American's posting of a bond in the amount of $10,000 with the Clerk of Court. It is hereby **ORDERED** that, by 5:00 p.m. on Friday, January 6, 2012, the defendants shall deposit $1,000,000 in cash with Great American as collateral security pursuant to the Agreement of Indemnity.

It is so **ORDERED.**

Enter this 23rd day of December 2011.

_____
ALETA A. TRAUGER
U.S. District Judge